Probation Form No. 35  
(1/92)

Report and Order Terminating Probation /  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.   Docket No. 1:15 CR 0140-3 (DLC)

Juan Carlos Reyes

On March 18, 2016, the above-named individual was placed on Probation for a period of five years. He has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that Juan Carlos Reyes be discharged from Probation.

Respectfully submitted,

by _____  
Zondra Jackson  
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this  12  day of  May , 20 20 .

_____  
DENISE COTE  
United States District Judge